# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KEITH LAMONT BURLEY, JR.,

          Appellant

          v.

STATE REPRESENTATIVE AARON BERNSTINE; ET AL; PENNSYLVANIA HOUSE OF REPRESENTATIVES, ET AL; LAWRENCE COUNTY DISTRICT ATTORNEY JOSHUA D. LAMANCUSA, ET AL,

          Appellees

: No. 26 WAP 2023
:
: Appeal from the Order of the
: Commonwealth Court entered
: October 2, 2023, at No. 167 MD
: 2021.

## ORDER

**PER CURIAM**

      **AND NOW,** this 17th day of July, 2024, the order of the Commonwealth Court is **AFFIRMED**.